**STATEMENT OF FACTS**

1. On Tuesday January 28. 2025, at approximately 19:40 hours, members of the Metropolitan Police Department's ("MPD'S") Robbery Suppression Unit ("RSU") were conducting enforcement operations at a corner store located at 2237 Minnesota Avenue, Southeast. MPD officers observed a white Infiniti QX50 Sports Utility Vehicle bearing D.C. License Plate GU2254 (hereinafter "the INFINITI") parked on the side of the street, as indicated in the still below.



2. While on scene, MPD Sergeant Welsh – with the assistance of his flashlight – looked through the INFINITI's windows for signs of contraband in plain view, as shown in the still below. While looking through the rear, passenger side window, Sergeant Welsh observed what he recognized through his training and experience to be heat-sealed bags containing a green, leafy substance consistent in appearance with marijuana. Based on the size of the heat-sealed bags, Sergeant Welsh believed that they contained more than two ounces of green, leafy substance. D.C. law prohibits the possession of more than two ounces of marijuana. Sergeant

1

Welsh immediately requested assistance for a probable cause search of the INFINITI based on the suspected marijuana observed in plain view.



3. MPD officers used a "lockout kit" to open the INFINITI's door, at which time they retrieved two heat-sealed bags containing a green, leafy substance as well as a large plastic "turkey bag" containing a smaller amount of that same substance. The green, leafy substance field tested positive for the presence of THC. It was later determined that the three bags contained a total of 1,245 grams (approximately 2.75 pounds or 44 ounces) of suspected marijuana. Your affiant knows from his training and experience that this volume of marijuana is consistent with distribution and inconsistent with personal use.



4. After retrieving the suspected marijuana, the officers continued with a probable cause search of the INFINITI for additional evidence of marijuana distribution. During that search, officers located $2,428.25 in United States currency as well as additional, suspected controlled substances consisting of: a white, rocklike substance that was later determined to weigh 29.8 grams (suspected Dimethylpentylone, which Your Affiant knows to be referred to in commonly used street slang as "boot"), 2 jars of a waxy substance (suspected THC wax), and .6 grams of brown powder (suspected heroin) in the front passenger area.

5. Officers also recovered three firearms from the front passenger floorboard of the INFINITI. Those firearms are described as follows:

 a. A tan Glock, Model 19x, 9mm semi-automatic handgun with serial number BTZU422, located in the front passenger's seat. The Glock 19x was loaded with one round in the chamber and 18 rounds of ammunition in a high-capacity magazine.

 

 b. A tan and black Aero Precision, Model M4E1, 5.56mm/.223 caliber semi-automatic AR-Pistol with serial number M4-0221208, located in the front passenger floorboard. The Aero Precision M4E1 was loaded with one round in the chamber and 35 rounds of ammunition in a 60 round capacity drum magazine

3





c.      A black DTI-15, 5.56mm caliber semi-automatic AR-Pistol with serial number DTI-S117680, also located in the front passenger floorboard. The DTI-15 was loaded with 15 rounds of ammunition in an unknown capacity magazine.




4



    d.  A black bag containing a 100-round capacity "double drum" magazine loaded with 94 rounds of 5.56mm/.223 caliber ammunition.





5

***Evidence Connecting DEWAYNE ANTHONY SHORTER, JR.
to the Infiniti Qx50 Sports Utility Vehicle Searched on January 28, 2025***

6. A records check confirmed that the Infiniti is registered to DEWAYNE ANTHONY SHORTER, JR. ("SHORTER"). Your Affiant queried law enforcement databases and learned that SHORTER has been stopped by police operating the same INFINITI as recently as January 9, 2025, in Prince George's County, Maryland.

7. In addition, MPD Officers recovered multiple pieces of evidence linking SHORTER to the INFINITI during the probable cause search. This evidence included employment paperwork made out in SHORTER's name (which includes reference to the TARGET PHONE NUMBER) and a site access badge issued to SHORTER.



***Further Investigation Related to the Probable Cause Search
of the Infiniti Qx50 Sports Utility Vehicle on January 28, 2025***

8. On January 30, 2025, at approximately 1416 hours, Your Affiant and ATF Task Force Officer ("TFO") McCarthy responded to the 2200 block of Minnesota Avenue, Southeast, to view the scene where the search of the INFINITI occurred. It was observed that two business had surveillance cameras that appeared to capture the area where the search occurred: Minnesota Liquors, located at 2237 Minnesota Avenue, Southeast, and Surprise Grocery, located at 2233 Minnesota Avenue, Southeast. Law enforcement requested access to surveillance video footage from those two businesses for the relevant time period, and the surveillance video was made available.

9. On February 3, 2025, TFO McCarthy reviewed the surveillance video provided by the Minnesota Liquors and Surprise Grocery, and observed SHORTER in surveillance video from both businesses. SHORTER was observed to be wearing a black, hooded sweatshirt with images of angels and stars on the front as well as dark colored pants, black shoes, and a brown stocking hat. Below is a picture of SHORTER inside Surprise Grocery.



7

10. For comparison purposes, below, left, is the most recent booking photo of SHORTER. Below, right is the access badge recovered from the INFINITI during the probable cause search.

 

11. In reviewing the surveillance video, TFO McCarthy compared the time stamp from Sergeant Johnston's body-worn camera ("BWC") and the on-screen time stamp from the Minnesota Liquors surveillance video and observed that the on-screen time stamp was accurate and in sync with the BWC footage. TFO McCarthy compared the time stamp from the BWC worn by Investigator Damron, who was also on scene, and video from Surprise Grocery's surveillance video and observed that it is accurate to within approximately one second of the BWC footage. Having confirmed the time stamps' accuracy, TFO McCarthy was able to recreate the events of January 28, 2025, prior to the arrival of MPD officers and the probable cause search of the INFINITI.

12. At approximately 19:06:12, the INFINITI arrives and parks on Minnesota Avenue, Southeast, adjacent to Minnesota Liquors.



13.     Video from Minnesota Liquors shows that SHORTER exits the INFINITY at approximately 19:08:48.  As SHORTER walks away from the INFINITI and across Minnesota Avenue, Southeast, the lights flash twice, consistent with the doors being locked electronically.



14.     Surveillance video confirms that SHORTER walked back across the street and entered Surprise Grocery at approximately 19:09:37 hours.



15. Video from the inside Surprise Grocery does not have an on-screen timestamp, but Your Affiant was able to estimate the time of the following events based on the timestamp when SHORTER entered Surprise Grocery and the amount of time that elapsed after that point. Using that method, Your Affiant estimates that SHORTER became visible on Surprise Grocery's internal, high-quality surveillance camera at approximately 19:10:01. The surveillance photo was able to capture SHORTER's face.



16. In the video, SHORTER appears to have one Apple AirPod, or similar earbud device, in his left ear. SHORTER continues to loiter about with other individuals just inside the entrance of Surprise Grocery for approximately ten minutes. Surprise Grocery is known to law enforcement as an area where individuals sell illegal narcotics.



17. At approximately 19:20:39, SHORTER exited Surprise Grocery and, at approximately 19:21:00, arrived at the INFINITI. SHORTER then opened the front passenger door and leaned into the front passenger door. SHORTER appeared to be reaching for an object that was on, or in front of, the front passenger seat. This is the area where MPD officers later recovered the firearms, suspect "boot," and suspected heroin during a probable cause search.



18. SHORTER then withdrew from the INFINITI, closed the front passenger door, and touches the door handle causing the lights to flash twice, consistent with the doors being locked electronically. SHORTER then returned to Surprise Grocery.



19. At approximately 19:21:58, SHORTER re-enters Surprise Grocery and operates a cellular telephone with his left hand, as shown in the still below. SHORTER then exited Surprise Grocery at approximately 19:22:27, thirty seconds after he entered.



20. At approximately 19:22:51, SHORTER arrived at the INFINITI and again opened the front passenger door and leaned into the vehicle. The surveillance video shows

SHORTER reaching into the front passenger seat area and toward the passenger seat floorboard. SHORTER can be seen making small movements with his body, consistent with manipulating or moving objects.



21.     SHORTER then stood up and appeared to be about to leave the INFINITI, and then leaned back into the vehicle with his left hand as if to move, reposition, or grab something. SHORTER walked away from the INFINITI at approximately 19:23:39. At approximately 19:23:48, the lights on the ININITI flashed twice, consistent with SHORTER remotely locking the doors electronically (such as via a key fob).



13

22. SHORTER re-entered Surprise Grocery at approximately 19:23:57. Upon entering the store, SHORTER made hand contact with his right hand to the left hand of a man wearing an Oakland Athletics hat, who had also been loitering in and around Surprise Grocery.



a. The man with the Athletics then walked a few feet away from SHORTER and put made hand contact with his left hand to the right hand of a third subject's left hand.



b. Based on my training and experience, I recognize the interaction between SHORTER and the other two subjects as being consistent with a hand-to-hand drug transaction.

23. At approximately 19:35:18, SHORTER again appeared to be operating a cellular telephone while also holding a set of keys.



24. TFO McCarthy reviewed the entirety of the surveillance footage from the Minnesota Liquors' exterior surveillance camera, which ran from 19:05:00 to 19:41:02 on January 28, 2025. The exterior camera, referred to as "CH12," faces directly toward the area where the INFINITI was parked. TFO McCarthy observed that SHORTER was the only person seen entering, exiting, or accessing the INFINITI.



15

25. As noted above, the Minnesota Liquors surveillance footage ends at 19:41:02. According to Sergeant Welsh's BWC footage, Sergeant Welsh walked past the INFINITI at 19:41:16. As can be seen in the screen capture below, other MPD officers arrived on the scene prior to Sergeant Welsh.



26. Based on all of the facts outlined above, Your Affiant respectfully submits that SHORTER was the sole person in control of the INFINITI (which is registered in his name) on January 28, 2025.

27. A review of SHORTER's criminal history revealed that SHORTER was previously convicted in D.C. Superior Court case number 2007 CF3 006769 of: Assault with a Dangerous Weapon (Gun), Assault on a Police Officer, and Carrying a Pistol without a License, and sentenced to 82 months' incarceration.

28. As such, Your Affiant respectfully submits that there is probable cause to find that, on January 28, 2025, in the District of Columbia, DEWAYNE ANTHONY SHORTER, JR. committed the offense of Possession With Intent to Distribute Marijuana in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(D).

29. Your Affiant also respectfully submits that there is probable cause to find that on January 28, 2025, in the District of Columbia, DEWAYNE ANTHONY SHORTER, JR. committed the offense of Unlawful Possession of a Firearms and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1).

30. Your Affiant also respectfully submits that there is probable cause to find that on January 28, 2025, in the District of Columbia, DEWAYNE ANTHONY SHORTER, JR. committed the offense of Using, Carrying, and Possessing Firearms During, in Relation to, and in Furtherance of a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(c)(1)(A)(i).

_____
Detective Marcus Talley, ATF Task Force Officer
Metropolitan Police Department, Washington, D.C.
.

SWORN AND SUBSCRIBED BEFORE ME ON FEBRUARY 11, 2025.

_____
ZIA M. FARUQUI
United States Magistrate Judge

17