AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America

v.

DEWAYNE ANTHONY SHORTER, JR.

D/O/B: 7/7/88   PDID: 578-312

Defendant

)
)
) Case: 1:25-mj-00026
) Assigned To : Judge Zia M. Faruqui
) Assign. Date : 02/11/2025
) Description: COMPLAINT W/ARREST WARRANT
)

**RECEIVED** By USMS DC District Court District of Columbia at 1:14 pm, Feb 13, 2025

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DEWAYNE ANTHONY SHORTER, JR.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1), 841(b)(1)(D) (Possession with Intent to Distribute Marijuana);
18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year);
18 U.S.C. § 924(c)(1)(A)(i) (Using, Carrying, and Possessing Firearms During, in Relation to, and in Furtherance of a Drug Trafficking Offense)

Date: 02/11/2025

_____
*Issuing officer's signature*

City and state: Washington, D.C.

Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 2/13/2025, and the person was arrested on *(date)* 3/3/2025
at *(city and state)* Washington DC.

Date: 3/3/2025

_____
*Arresting officer's signature*

Kayleen Bush, Deputy United States Marshal
*Printed name and title*